IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CURTIS R. GILLS and CARDELLA L. GILLS

Defendants.

8:18CR249

ORDER

This matter is before the court on the Defendants' Motions to Continue Trial [22] and [23]. For the reasons set forth in the defendants' motions, the court finds good cause has been shown and the motions should be granted. Accordingly,

**IT IS ORDERED** that the Defendants' Motions to Continue Trial [22] and [23] are granted as follows:

1. The jury trial, **as to both defendants**, now set for December 4, 2018, is continued to **February 26, 2019.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and February 26, 2019,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 29th day of November 2018.

BY THE COURT:

s/Susan M. Bazis
United States Magistrate Judge