IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:18CR249 |
| vs. | |
| CURTIS R. GILLS and CARDELLA L. GILLS | ORDER |
| Defendant. | |

This matter is before the court on the Defendants' Unopposed Motions to Continue Trial [25] and [26]. The parties are attempting in good faith to resolve this matter short of trial. Counsel is seeking additional time find a mutually acceptable resolution to the case. For good cause shown,

**IT IS ORDERED** that the Defendants' Unopposed Motions to Continue Trial [25] and [26] are granted as follows:

1. The jury trial, **as to both defendants,** now set for February 26, 2019, is continued to **April 2, 2019**.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 2, 2019** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 25th day of February 2019.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge