IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CURTIS R. GILLS and CARDELLA L. GILLS<br><br>　　　　　　Defendant. | **8:18CR249**<br><br>**ORDER** |

This matter is before the court on Defendant Curtis Gills' unopposed Motion to Continue [35]. The parties are in plea negotiations and need additional time to resolve this matter short of trial. For good cause shown,

**IT IS ORDERED** that Defendant Curtis Gills' unopposed Motion to Continue [35] is granted as follows:

1. The jury trial, **as to both defendants**, now set for July 30, 2019, is continued to **September 3, 2019.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 3, 2019,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 12th day of July 2019.

BY THE COURT:

s/Susan M. Bazis
United States Magistrate Judge