IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:18CR249 |
| vs. | ORDER |
| CURTIS R. GILLS and CARDELIA L. GILLS | |
| Defendant. | |

This matter is before the court on that Defendant Gills' unopposed Motion to Continue [40]. Counsel is seeking additional time to receive a ruling on a pending motion at the 8th Circuit. For good cause shown,

**IT IS ORDERED** that Defendant Gills' unopposed Motion to Continue [40] is granted as follows:

1. The jury trial, **as to both defendants,** now set for October 8, 2019, is continued to **December 10, 2019**.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and December 10, 2019** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

Dated this 2nd day of October 2019.

BY THE COURT:

s/Susan M. Bazis
United States Magistrate Judge