IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>CURTIS R. GILLS, and CARDELLA L. GILLS,<br><br>　　　　　　　Defendants. | **8:18CR249**<br><br>**ORDER** |

　　　This matter is before the court for a status conference in regards to the United States of America's Motion for Rule 17.1 Hearing. (Filing No. 43.) The United States was represented by Donald Klein. Curtis Gills was not present but was represented by Karen Vervaecke. Cardella Gills was not present but was represented by Karen Shanahan.

　　　The defendants requested a continuance of this hearing because counsel needs time to meet with their clients and finalize some issues with the case in order to determine how to proceed. Accordingly, and with the consent of counsel for the parties,

　　　IT IS ORDERED:

1. A status conference will be held before the undersigned magistrate judge on August 12, 2020 at 2:00 p.m. in Courtroom No. 7 to discuss the progression of the case and possibly set a trial date.

2. The Court further finds that in the interest of justice, the time between July 15, 2020 and August 12, 2020 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because additional time is needed to review discovery and confer with the defendants before setting a progression schedule to final resolution. See, 18 U.S.C. 3161(h)(7).

Dated this 15th day of July, 2020.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge